IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ZOLTAN DOBI,
    Plaintiff,

vs.                                                 CASE NO.: 3:05cv353/RV/MD

J. MOORE, et al.,
    Defendants.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 23, 2006.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    The plaintiff's motion to dismiss (doc. 29) is granted and this case is dismissed without prejudice.

    DONE AND ORDERED this 28th day of March, 2006.

                                    /s/ *Roger Vinson*
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**